8

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

Michael N. Milby
Clerk of Court

Manuel Garcia §
§
versus §
§      CIVIL ACTION B97-163
§
Wal Mart Stores §
§
§

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _____September   1_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com