IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL MAUZIO GARCIA | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| WALMART STORES, INC. | ) | B-97-163 |

### AGREED ORDER REMANDING CASE TO STATE COURT

On this the _13_ day of October, 1998, came on to be considered Plaintiff's Motion to Remand, and the court, being advised that the parties were in agreement that this case be remanded to State court, is of the opinion that the same should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above styled and numbered cause be and the same is hereby remanded to state court.

Signed this the _13_ day of September, 1998.

_____
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

EDDINGTON & ASSOCIATES, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333

_____
RAY R. MARCHAN
State Bar No. 12969050
Attorney for Plaintiff

DRABEK & ASSOCIATES
718 E. Harrison
Harlingen, Texas  78550
(956) 428-4544 Telephone
(956) 438-4880 Facsimile


_____
JAIME A. DRABEK
Fed. I.D. No. 8643
Attorney for Defendants